# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG QUOC NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, Facility Administrator, et al.<br><br>Respondents. | No. 1:25-cv-01327-KES-SKO (HC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 21) |

On November 10, 2025, Petitioner filed a "Notice of Voluntary Dismissal," in which he notifies the Court that this case is voluntarily dismissed without prejudice. (Doc. 21.) As noted in the joint status report, Petitioner has been removed from the United States and returned to Vietnam. (Doc. 20.) Respondents have no objection. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **November 12, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE